# SUPREME COURT OF ILLINOIS

SUPREME COURT BUILDING
200 East Capitol Avenue
SPRINGFIELD, ILLINOIS 62701-1721

CYNTHIA A. GRANT
Clerk of the Court

(217) 782-2035
TDD: (217) 524-8132

FIRST DISTRICT OFFICE
160 North LaSalle Street, 20th Floor
Chicago, IL 60601-3103
(312) 793-1332
TDD: (312) 793-6185

September 24, 2026

Shira D. Truitt
The Truitt Law Firm, LLC
4 S. Church, Suite 318
Belleville, IL 62220

In re: In re: Thomas Gordon Maag
M.R.033077

Today the following order was entered in the captioned case:

Petition by respondent for leave to file exceptions to the report and recommendation of the Review Board. Denied. Respondent Thomas Gordon Maag is suspended from the practice of law for two (2) years and until further order of the Court, as recommended by the Review Board.

Order entered by the Court.

Very truly yours,

Cynthia A. Grant

Clerk of the Supreme Court

cc: James Scott Renfroe
Michelle Thome
Thomas Gordon Maag

FILED

September 24, 2026

ARDC CLERK

Will process
JDC 10/1/26

STATE OF ILLINOIS
SUPREME COURT

At a Term of the Supreme Court, begun and held in Springfield, on Monday, the 14th day of September, 2026.

Present: P. Scott Neville, Jr., Chief Justice

| | |
|---|---|
| Justice David K. Overstreet | Justice Lisa Holder White |
| Justice Joy V. Cunningham | Justice Elizabeth M. Rochford |
| Justice Mary K. O'Brien | Justice Sanjay T. Tailor |

---

On the 24th day of September, 2026, the Supreme Court entered the following judgment:

M.R.033077

| | |
|---|---|
| In re:<br>Thomas Gordon Maag. | Attorney Registration & Disciplinary Commission<br><br>23PR000054 |

Petition by respondent for leave to file exceptions to the report and recommendation of the Review Board. Denied. Respondent Thomas Gordon Maag is suspended from the practice of law for two (2) years and until further order of the Court, as recommended by the Review Board.

As Clerk of the Supreme Court of the State of Illinois and keeper of the records, files and Seal thereof, I certify that the foregoing is a true copy of the final order entered in this case.

SEAL OF THE SUPREME COURT
STATE OF ILLINOIS
AUG. 26, 1818

IN TESTIMONY WHEREOF, I have set my hand and affixed the seal of said Supreme Court, in Springfield, in said State, this 24th day of September, 2026.

Cynthia A. Grant

Clerk,
Supreme Court of the State of Illinois

FILED

September 24, 2026

ARDC CLERK

Will process
JDC- 10/1/26