# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| IN RE:<br><br>Thomas G. Maag<br>22 West Lorena Avenue<br>Wood River, IL 62095<br><br>an attorney, | Case Number: 3:26-mc-00068-SMY |

## NOTICE

A copy of an order of the Supreme Court of the State of Illinois, dated September 24, 2026, suspending you from the practice of law for Two (2) years and until further order of the Court, effective September 24, 2026, has been received and filed in this Court. Pursuant to Southern District of Illinois Local Rule 83.3(c)(2),

YOU ARE HEREBY NOTIFIED that if you do not show cause within **30 days** after service of this Notice why the imposition of identical discipline by this Court would be unwarranted, this Court will impose the identical discipline.

Dated: October 1, 2026

MONICA A. STUMP
Clerk of the Court